Anoush Hakimi (SBN 228858)
  anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
  peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672-8281
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**SHAMAR JACKSON**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamar Jackson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>14856 Magnolia Blvd. Real Estate LLC, a Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | CASE NO.:  2:19-cv-10898-FMO-E<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Judge Fernando M. Olguin<br>Trial Date:  Not on Calendar |

　　　The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

　　　　The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED:  June 22, 2020     THE LAW OFFICE OF HAKIMI & SHAHRIARI


By:   */s/Anoush Hakimi*
      Anoush Hakimi, Esq.
      Attorneys for Plaintiff, Shamar Jackson


DATED:  June 22, 2020     **HALIMI LAW FIRM**


By:   */s/Daniel Halimi*
      Daniel Halimi
      Attorney for Defendant, 14856 Magnolia Blvd. Real Estate LLC


### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.


      */s/ Anoush Hakimi*
      By: Anoush Hakimi
      Attorney for Plaintiff Shamar Jackson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT